IN RE: BALAJI INVESTMENTS, LLC, and Savana Properties, LLC

Petition of: In re: Balaji Investments, LLC, and Savana Properties, LLC

No. 794 MAL 2016

Supreme Court of Pennsylvania.

May 4, 2017

## ORDER

PER CURIAM

**AND. NOW,** this 4th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**